# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FRANCISCO MARENO**                                    **PLAINTIFF**

v.                          **No. 3:21-cv-153-DPM**

**GREENE COUNTY DETENTION
CENTER; TAMMY GLENN, Head
Nurse; and DOES**                        **DEFENDANTS**

## JUDGMENT

Mareno's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2021